AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 2: 19-MJ-02600 | Date and time warrant executed: 6/24/2019, 9:15 AM | Copy of warrant and inventory left with: USPS |
| Inventory made in the presence of: J. Ramirez, Postal Inspector |||
| Inventory of the property taken and name of any person(s) seized: No items seized. Parcel returned to mailstream. |||

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/26/2019

*Executing officer's signature*

DAGMAWI ABEBE, POSTAL INSPECTOR
*Printed name and title*